## HUMBIRD v. JACKSON COUNTY.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF WISCONSIN.

No. 209.　Argued April 9, 1873. — Decided April 28, 1873.

*Olcott* v. *Supervisors*, 16 Wall. 678, followed.

MR. JUSTICE CLIFFORD delivered the opinion of the court.

The case is controlled by the rule established by this court in the case of *Olcott* v. *Supervisors of Fond du Lac County*, decided at the present term, *Olcott* v. *Supervisors*, 16 Wall. 678, to which reference is made for the grounds of the judgment in this case.

Judgment reversed and the cause remanded with directions to issue a new venire.　　　　　　　　　　　　　　　*Reversed.*

*Mr. M. H. Carpenter* for plaintiff in error.

*Mr. H. L. Palmer* and *Mr. F. W. Pitkin* for defendant in error.

---

## CHARLESTON v. JESSUP.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF SOUTH CAROLINA.

No. 234.　Argued February 14, 1873. — Decided March 31, 1873.

*Tomlinson* v. *Jessup*, 15 Wall. 454, followed.

MR. JUSTICE FIELD delivered the opinion of the court.

This case is governed by the decision in Tomlinson and others, appellants, against the same defendant, 15 Wall. 454. Upon the authority of that decision the decree must be reversed, and the cause be remanded to the court below with directions to dismiss the suit; and it is so ordered.　　　　　　　　　　　　*Reversed.*

*Mr. D. T. Corbin* for appellants.

*Mr. I. G. Barker* for appellee.